# Court of Appeals
# of the State of Georgia

ATLANTA, March 06, 2018

*The Court of Appeals hereby passes the following order*

**A18I0122. ILG TECHNOLOGIES, LLC, d/b/a ILG INFORMATION TECHNOLOGIES et al. v. LLOYD DAN MURRAY, JR. et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17V355



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 06, 2018.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*